# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

145539

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

PINE HOLLOW ESTATES, LLC,
      Plaintiff-Appellant,

v

           SC: 145539
           COA: 303600
           Genesee CC: 09-092066-CZ

CITIZENS BANK,
      Defendant-Appellee.

_____/

      By order of December 5, 2012, the application for leave to appeal the June 19, 2012 judgment of the Court of Appeals was held in abeyance pending the decision in *Kim v JP Morgan Chase Bank* (Docket No. 144690). On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal having been received, the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

p0122